162 A.3d 289

IN THE MATTER OF EDWARD G. WERNER, AN ATTORNEY
AT LAW (ATTORNEY NO. 035191989)

June 15, 2017

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–092, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **EDWARD G. WERNER,** formerly of **ALLENTOWN,** who was admitted to the bar of this State in 1989, and who has been

temporarily suspended from the practice of law since March 12, 2014, should be censured for violating *RPC* 8.1(b)(failure to reply to a lawful demand for information from a disciplinary authority, and *RPC* 8.4(d)(conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **EDWARD G. WERNER** is hereby censured; and it is further

ORDERED that respondent remain suspended from the practice of law pursuant to the Order of the Court filed March 12, 2014, and pending his compliance with the Order; and it is further

ORDERED that respondent continue to comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.